HERMAN GUNTHER, Appellant, *v.* NEW YORK VEAL AND MUTTON COMPANY, Respondent.

*Gunther* v. *N. Y. Veal & Mutton Co.*, 157 App. Div. 914, appeal dismissed.

(Submitted May 10, 1915; decided May 25, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 16, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The reversal by the Appellate Division was based upon the ground "that the finding that the defendant was guilty of negligence is without evidence to sustain it."

*Rodolphe Claughton* for appellant.

*Chase Mellen, Alden S. Crane* and *William A. Jones, Jr.*, for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.